Greenway Med. Supply Corp. v MVAIC (2021 NY Slip Op 50303(U))

[*1]

Greenway Med. Supply Corp. v MVAIC

2021 NY Slip Op 50303(U) [71 Misc 3d 131(A)]

Decided on April 9, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on April 9, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, DAVID ELLIOT, JJ

2020-106 K C

Greenway Medical Supply Corp., as
Assignee of Cabrera, Iris, Appellant, 
against
MVAIC, Respondent. 

The Rybak Firm, PLLC (Damin J.Toell and Karina Barska of counsel), for appellant.
Marshall & Marshall, PLLC (Jeffrey Kadushin of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Rachel
Freier, J.), entered July 22, 2019. The order granted defendant's motion to vacate a judgment of
that court entered February 7, 2019 upon defendant's failure to appear or answer the
complaint.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant Motor
Vehicle Accident Indemnification Corporation (sued herein as MVAIC) was served with the
summons and complaint on October 12, 2018. Plaintiff filed proof of service of the summons and
complaint on October 18, 2018 and subsequently applied to the clerk for a default judgment. A
judgment was entered on February 7, 2019 upon defendant's claimed failure to appear or answer
the complaint. Defendant moved to vacate the default judgment, alleging that its attorney had
served an answer on plaintiff's attorneys by mail on November 1, 2018. A copy of the affidavit of
service was annexed to defendant's motion papers. By order entered July 22, 2019, the Civil
Court granted defendant's motion. 
Defendant established that it timely appeared in the action by mailing the answer to
plaintiff's attorney on November 1, 2018 (see CPLR 320 [a]; 2103 [b] [2]; CCA 2102;
Goonan v New York City Tr. Auth., 74 AD3d 747 [2010]). While plaintiff's attorney claimed
that her office did not receive the answer, her affirmation and the affidavit of counsel's employee
were insufficient to rebut defendant's proof of service of the answer. Since defendant has
established [*2]that it did not default, there was no basis for the
entry of the judgment (see Goonan, 74 AD3d 747), and the Civil Court properly granted
defendant's motion to vacate it (see Carlton v Vorosmarty, 163 AD2d 630 [1990];
Marazita v Nelbach, 91 AD2d 604 [1982]). 
Accordingly, the order is affirmed. 
ALIOTTA, P.J., WESTON and ELLIOT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: April 9, 2021